UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                :
VICTORIANO TAVAREZ,              :
                                :
                 Plaintiff,        :
                                :        21-CV-10046 (VSB)
         -against-                 :
                                :        **ORDER**
TAKEOUT KIT, LLC,                :
                                :
                 Defendant.      :
                                :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On November 24, 2021, Plaintiff filed this action against Defendant Takeout Kit, LLC. (Doc. 1.)  On February 24, 2022, I issued an order for Plaintiff to submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to file an executed summons or serve Defendants.  (Doc. 5.)  I warned Plaintiff that failure to submit a letter by March 3, 2022 would result in dismissal of this action.  (*Id*.)  That deadline has passed, and Plaintiff has not submitted a letter demonstrating good cause.  Accordingly, it is hereby:

        ORDERED that this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    March 7, 2022
             New York, New York
                                                         _____
                                                         VERNON S. BRODERICK
                                                         United States District Judge